# Return

| | | |
|---|---|---|
| Case No.: 2:22-MJ-3289 | Date and time warrant executed: 23Aug22  Apx 0300 | Copy of warrant and inventory left with: Juan Aragon |

Inventory made in the presence of: SA Michael Van Eerden

Inventory of the property taken and name of any person(s) seized:

See Attachment

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 23 Aug 22

_Executing officer's signature_

Michael Jon Van Eerden, Special Agent
_Printed name and title_

| ECD (ECWE) | Temp #s ECD | Destription | Digital Media |
|---|---|---|---|
| Item A | 1 | One (1) plastic bag containing one (1) forensic copy of a Toshiba 80GB External Hard Drive, Model MK8046GSX, S/N Z74CT1U7T and Cyber Power PC, C Series gaming computer, S/N ET99538-1002. Forensic images contained on Wesern Digital 2TB hard drive, Model WD20EFRX, S/N WMCYM3233850. | Y |
| Item A | 2 | One (1) paper bag containing a t-shirt from the La Esperanza Soccer Club. | N |
| Item A | 3 | One (1) plastic bag containing a forensic copy of an Apple Iphone 12, S/N F17DHCV60DY0; IMEI 353CD40113426647 (belonging to Ulysses Aragon); a forensic copy of a Dell Latitude D630, S/N 10397260333, found in the master bedroom; a forensic copy of an Apple Iphone S/N F17DG7SB0DXW, IMEI 3530411153802 (belonging to Jonathan Aragon). The forensic copies are located on a Western Digital 2TB Ironwolf hard drive, S/N WCC4M8NXCUPX. | Y |
| Item A | 4 | One (1) paper bag containing tax documents from 2017 for Juan Aragon and Silvia Murillo found in three drawer cabinet in the closet of Johnathan Aragon's room. | N |
| Item A | 5 | One (1) brown paper bag containing contracting documents related to power generators, found in the kitchen on the dining table. | N |
| Item A | 6 | One (1) plastic bag containing one (1) forensic copy of a Microsoft Surface Pro, S/N 072555460353. Forensic copy is on a Seagate Barracuda, 7200 Hard drive, 750 GB, S/N 3QDOARES. | Y |
| Item A | 7 | One (1) paper bag containing a soccer club checkbook, email related to "Muse", and additional soccer club documentation, found on storage racks on the south wall of the laundry area. | N |
| Item A | 8 | One (1) plastic bag containing forensic cell phone images of: Apple iPhone 12 mini, Model A2176, S/N H7J99VXV02; Apple iPhone 13 Pro Max, Model A2484, S/N YXWG72NQ; and Apple iPhone 6S+ Model A1634, S/N FTHSQ05CGRWT, all found in master bedroom. Forensic copies are on Western Digital 2TB Model WD2003FZEX, S/N WMC6N0P8WWXA. | Y |
| Item A | 9 | One (1) manila envelope containing mail found in black laptop bag on the couch in living room for Club Deportivo La Esperanza and Aeon Power. | N |
| Item B | 9 | One (1) paper bag containing a binder marked California Corporation for Aeon Power and a DFAS Debt and Claims letter to X/ARAGON dated 11May22 found on couch in living room. | N |
| Item C | 9 | One (1) white cardboard box containing financial documents, La Esperanza Soccer Club documents, vehicle registration, building permits, bills, Aeon Power documents, and mobile generator documents. Found in center table. | N |
| Item D | 9 | One (1) manila envelope containing applications for Club Deportivo La Esperanza event facility usage at Oxnard College for various dates in August, September, and October 2022. Mail, including financial and soccer club related from behind front door. | N |
| Item A | 10 | One (1) plastic bag containing one (1) 4TB Toshiba External USB Hard Drive, S/N Z8RFTAW5TSCG, found in living room. | Y |
| Item B | 10 | One (1) plastic bag containing one (1) 2TB Toshiba External USB Hard Drive, S/N Z5MATG9ITYP3, found in living room. | Y |

| | | | |
|---|---|---|---|
| Item A | 11 | One (1) plastic bag containing forensic cell phone images of: Apple iPhone 12 mini, Model A2176, S/N H7J99VXV02; Apple iPhone 13 Pro Max, Model A2484, S/N YXWG72NQ; and Apple iPhone 6S+ Model A1634, S/N FTHSQ05CGRWT, all found in master bedroom. Forensic copies are on Western Digital 2TB Model WD2003FZEX, S/N WMC6N0P8WWXA. | Y |
| Item A | 12 | One (1) plastic bag containing one (1) 4TB Toshiba External USB Hard Drive, S/N Z8RFTAW5TSCG, found in living room. | Y |
| Item B | 12 | One (1) plastic bag containing one (1) 2TB Toshiba External USB Hard Drive, S/N Z5MATG9ITYP3, found in living room. | Y |
| Item A | 13 | One (1) plastic bag containing one (1) forensic copy of SATA portable external hard drive, S/N 25020711855; marked as property of the U.S. Navy 6258309636, found in the shed. Copy is located on Western Digital 3TB Hard Drive, Model WD30EFRX, S/N WCC7K7YFI5UK. | Y |
| Item A | 14 | One (1) paper bag containing tax documents for Juan Aragon and Silvia Murillo from 2018, 2019, and 2020. Found on shelves above the computer in son Ulysses Aragon's room. | N |